## FOURTH DEPARTMENT.

### GENERAL TERM, OCTOBER, 1874.

---

### ROSECRANCE v. HOLLISTER.

*Reference — when findings of fact will not be disturbed.*

Where the question is one of fact and there is abundant evidence to sustain the findings of a referee, the findings will not be disturbed on appeal.

APPEAL by plaintiffs from a judgment dismissing the complaint entered upon the report of a referee. The action was brought in Genesee county by Daniel Rosecrance and George H. Robertson, receiver, etc., of Marcus Hollister, against Marcus Hollister and another to set aside a conveyance as fraudulent.

*Geo. Bowen,* for appellants.

*William Tyrrell,* for respondents.

GILBERT, J.

The question was wholly one of fact and the court declined to interfere on the ground mentioned in the head-note.

*Judgment affirmed.*